```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 07214
    DAVID WILLIAM ALLEN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-6124

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/26/2008 and was confirmed 05/22/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 03/05/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------------
AIG INSURANCE CO           UNSECURED     NOT FILED         .00          .00
ASSET ACCEPTANCE CORP      UNSECURED         65.56         .00          .00
ATHLETICO                  UNSECURED     NOT FILED         .00          .00
CARLOS ALBERTINI/JAMES M   UNSECURED     NOT FILED         .00          .00
CHICAGO HEIGHTS POLICE D   UNSECURED     NOT FILED         .00          .00
VILLAGE OF CHICAGO HEIGH   NOTICE ONLY   NOT FILED         .00          .00
CINGULAR WIRELESS          UNSECURED     NOT FILED         .00          .00
ARROW FINANCIAL SERV       UNSECURED        425.00         .00          .00
CORTRUST BANK              NOTICE ONLY   NOT FILED         .00          .00
FMS SERVICES               NOTICE ONLY   NOT FILED         .00          .00
DELL FINANCIAL SERVICES    UNSECURED     NOT FILED         .00          .00
DELL FINANCIAL SVC         NOTICE ONLY   NOT FILED         .00          .00
DISCOVER BANK              UNSECURED       1726.35         .00          .00
DISCOVER                   NOTICE ONLY   NOT FILED         .00          .00
DISCOVER FINANCIAL SVC     NOTICE ONLY   NOT FILED         .00          .00
DISCOVER                   NOTICE ONLY   NOT FILED         .00          .00
COLE & STANFORD DDS        UNSECURED     NOT FILED         .00          .00
KASPER HEATON WRIGHT & P   UNSECURED     NOT FILED         .00          .00
KASPER HEATON WIRGHT PAG   NOTICE ONLY   NOT FILED         .00          .00
PREMIER BANKCARD           UNSECURED        467.99         .00          .00
FIRST PREMIER MASTERCARD   NOTICE ONLY   NOT FILED         .00          .00
FIRST PREMIER              NOTICE ONLY   NOT FILED         .00          .00
LVNV FUNDING               UNSECURED        211.62         .00          .00
MCI                        NOTICE ONLY   NOT FILED         .00          .00
LVNV FUNDING               NOTICE ONLY   NOT FILED         .00          .00
METRA TICKET COLLECTION    UNSECURED     NOT FILED         .00          .00
NORTH STAR CREDIT UNION    UNSECURED     NOT FILED         .00          .00
NORTHWESTERN MEDICAL FAC   UNSECURED     NOT FILED         .00          .00
NORTHWESTERN MEDICAL FAC   UNSECURED     NOT FILED         .00          .00
NORTHWESTERN MEDICAL FAC   UNSECURED     NOT FILED         .00          .00
NORTHWESTERN MEDICAL FAC   UNSECURED     NOT FILED         .00          .00
NORTHWESTERN MEMORIAL HO   UNSECURED     NOT FILED         .00          .00

                      PAGE   1 - CONTINUED ON NEXT PAGE
           CASE NO. 08 B 07214 DAVID WILLIAM ALLEN
```

```
NORTHWESTERN MEMORIAL HO  UNSECURED       NOT FILED              .00                .00
NORTHWESTERN MEMORIAL HO  UNSECURED       NOT FILED              .00                .00
NORTHWESTERN MEMORIAL HO  UNSECURED       NOT FILED              .00                .00
MORTHWESTERN SKIN CANCER  UNSECURED       NOT FILED              .00                .00
PALOS COMMUNITY HOSPITAL  UNSECURED       NOT FILED              .00                .00
PALOS COMMUNITY HOSPITAL  UNSECURED       NOT FILED              .00                .00
R MARTIN EARLES MD        UNSECURED       NOT FILED              .00                .00
THERA TECH EQUIPMENT INC  UNSECURED       NOT FILED              .00                .00
ROUNDUP FUNDING LLC       UNSECURED       25605.29               .00                .00
UNION ACCEPTANCE          NOTICE ONLY     NOT FILED              .00                .00
UNION ACCEPTANCE          NOTICE ONLY     NOT FILED              .00                .00
UNION ACCEPTANCE          NOTICE ONLY     NOT FILED              .00                .00
UNIVERSAL FIDELITY CORP   UNSECURED       NOT FILED              .00                .00
ASSET ACCEPTANCE CORP     UNSECURED        2688.10               .00                .00
INTERNAL REVENUE SERVICE  PRIORITY         6000.00               .00             187.20
MELVIN J KAPLAN           DEBTOR ATTY      3,324.00                             3,324.00
TOM VAUGHN                TRUSTEE                                                 288.80
DEBTOR REFUND             REFUND                                                     .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 3,800.00

PRIORITY                                         187.20
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                 3,324.00
TRUSTEE COMPENSATION                             288.80
DEBTOR REFUND                                        .00
                      ---------------      ---------------
TOTALS                  3,800.00               3,800.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                             /s/ Tom Vaughn
     Dated: 03/26/09         _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 08 B 07214 DAVID WILLIAM ALLEN